B6A (Official Form 6A) (12/07)

In re   Mark R. Johnston                                              Case No.      14-131
_____
                            Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 3238 Victorian Dr.<br>Long Grove, IL 60047<br>Appraisal as of 10-30-13 subject to renovation of home interiors post fire damage: $575,000<br>(Debtor's 1/2 interest with spouse Lourdes Johnston) | Tenancy By the Entirety | J | 287,500.00 | Unknown |
| 3244 N. Wilton<br>Chicago, IL 60657 | Fee simple | H | 650,000.00 | 686,215.87 |
| 3249 N. Lakewood<br>Chicago, IL 60657<br>(Debtor's 1/2 interest)<br>According to the Deed recorded with the Cook County Recorder of Deeds as Document No. 0332233240, Property is owned by "Mark R. Johnston and Lisa A. Schumacher" without specifying any particular type of tenancy. | Tenants in Common | - | 300,000.00 | 353,467.30 |

|  | Sub-Total > | 1,237,500.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 1,237,500.00 |  |

  0    continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    Mark R. Johnston                                          Case No.    14-131
_____
                                Debtor

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Cash on hand | H | 225.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account - Account number ending 6055 American Chartered Bank | H | Unknown |
| | | Checking Account - Account number ending 6084 American Chartered Bank | H | Unknown |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | 1/2 interest with spouse Lourdes Johnston in Security Deposit held with landlord Rupen Shah for lease of residential real property located at 1435 Katie Ln., Palatine, IL (temporary residence pending renovations of fire damaged primary residence) | H | 1,500.00 |

|  | Sub-Total > | 1,725.00 |
|---|---|---|
|  | (Total of this page) |  |

__5__    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Mark R. Johnston                                                    Case No. _____ 14-131 _____
                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | 1/2 interest in the following:<br>LR 2 end tables<br>LR cocktail table<br>LR chest<br>LR rug<br>LR decorative items<br>LR 2 lamps<br>DR table<br>DR chairs<br>DR trunk<br>DR flatware<br>K 4 stools<br>K housewares<br>FR two tables<br>FR rug<br>FR TV<br>OFF desk<br>OFF chair<br>OFF bookcases<br>OFF PC<br>OFF books<br>OFF Printer<br>BS couch<br>BS skeebal<br>BS foosbal<br>BS air hockey<br>BS TV<br>BS metal shelves<br>Foyer table<br>MB bed, dresser & nightstands<br>MB TV<br>MB table<br>MB chairs<br>GB bed<br>GB tables<br>Desk<br>Filing cabinets<br>Linens<br>Luggage, bags | J | 2,382.50 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | 1/2 interest in the following:<br>OFF art- 3 paintings<br>Hall art- 3 paintings<br>FR art<br>LR art- 1 painting<br>MB art- 2 paintings<br>Hall art- 1 painting<br>BS art- 1 painting<br>GI Joe collection<br>CD's<br>Christmas decorations | H | 1,162.50 |

Sub-Total >          3,545.00
(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Mark R. Johnston _____,    Case No. _____14-131_____
                                                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 6. Wearing apparel. | | Men's clothing | H | 1,000.00 |
| 7. Furs and jewelry. | | Stainless steel wedding band:  $20.00<br>5 regular watches:  $100.00<br>Cuff links:  $50.00 | H | 170.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Golf clubs, bag, etc<br>Bicycle<br>Ski equipment | H | 1,400.00 |
| | | 1/2 interest in the following:<br>Digital Cameras- 2<br>Car rack<br>Bike rack<br>Hand tools<br>Power tools | H | 625.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Guardian Insurance<br>Death Benefit: $45,048.00<br>Whole Policy<br>Cash value: $9,577.07<br>Beneficiaries: William and Margaret Johnston (Elderly Parents) | H | 9,577.07 |
| | | Lincoln Financial<br>Term Policy: $750,000.00<br>Cash value: $0<br>Beneficiary: Kathleen F. Johnston | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Fidelity<br>American Chartered Bank 401k Plan<br>Vested Balance: $91,800.53<br>Outstanding Loan Balance: $16,419.23 | H | 91,800.53 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% of owner and shareholder of Metrotech Realty, Inc. | H | Unknown |

Sub-Total >            104,572.60
(Total of this page)

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Mark R. Johnston                                                                    Case No. _____14-131_____
                                          Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Business relationship with Lisa Schumacher for ownership and management of property located at 3249 N. Lakewood, Chicago, IL 60657. Said business relationship was formerly in the nature of a general partnership and modified to ownership by "Mark R. Johnston and Lisa A. Schumacher" at the request of the secured lender at a loan refinance that occurred about 7-8 years ago. Debtor is currently engaged in litigation on a law suit initiated by Lisa Schumacher. | H | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | 1/2 interest in all homeowner's casualty insurance proceeds from USAA Insurance Company resulting from fire casualty on Debtor's primary residence located at 3238 Victorian Dr., Long Grove, IL.  Said proceeds payable into construction escrow held by Chicago Title & Trust Company pursuant to Escrow Trust No. 201360157 and the terms contained therein for the benefit of the Mortgage holder Colfin Bulls Funding, LLC and Second Mortgage holder American Chartered Bank.  Insurance proceeds check in the amount of $148,334.93 has been deposited into the construction escrow account to date. Remainder of insurance proceeds claim is currently being adjusted and estimated to be about $77,050.07.Colfin Bulls also holds real estate tax check in the amount of $17,297.38, and Colfin Bulls also maintains real estate tax escrow holding an amount which Debtor has not been able to ascertain as of date of bankruptcy. | H | Unknown |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 1/2 interest in 2010, 2011 and 2012 federal and state income tax refunds. This amount has been pledged to ex-spouse and minor children pursuant to an Assignment and Security Agreement Dated December 2, 2013 to satisfy DSO arrearage. | H | Unknown |
| | | Estimated amount of 1/2 interest in 2013 Federal and State Income Tax Refund | H | 8,752.95 |

Sub-Total >     8,752.95
(Total of this page)

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Mark R. Johnston                                              Case No.      14-131
_____
                                         Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | 1/2 interest along with non-debtor spouse, Lourdes Johnston, in potential cause of action against Colfin Bulls Funding, LLC for improper mortgage loan administration and/or loan servicing. | H | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 1/2 interest in the following:<br>Laptop<br>iPad mini | H | 350.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

Sub-Total >        350.00
(Total of this page)

Sheet   4   of   5   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Mark R. Johnston                                                    Case No. _____ 14-131 _____
                                              Debtor

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 118,945.55 |

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

In re    Mark R. Johnston                                                    Case No. _____14-131_____
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                       *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| <u>Real Property</u><br>3238 Victorian Dr.<br>Long Grove, IL 60047<br>Appraisal as of 10-30-13 subject to renovation of home interiors post fire damage: $575,000<br>(Debtor's 1/2 interest with spouse Lourdes Johnston) | 735 ILCS 5/12-901<br>750 ILCS 65/22; 765 ILCS 1005/1c; 765 ILCS 1005/2(d); 735 ILCS 5/12-112 | 15,000.00<br>272,500.00 | 575,000.00 |
| <u>Household Goods and Furnishings</u><br>1/2 interest in the following:<br>LR 2 end tables<br>LR cocktail table<br>LR chest<br>LR rug<br>LR decorative items<br>LR 2 lamps<br>DR table<br>DR chairs<br>DR trunk<br>DR flatware<br>K 4 stools<br>K housewares<br>FR two tables<br>FR rug<br>FR TV<br>OFF desk<br>OFF chair<br>OFF bookcases<br>OFF PC<br>OFF books<br>OFF Printer<br>BS couch<br>BS skeeball<br>BS foosball<br>BS air hockey<br>BS TV<br>BS metal shelves<br>Foyer table<br>MB bed, dresser & nightstands<br>MB TV<br>MB table<br>MB chairs<br>GB bed<br>GB tables<br>Desk<br>Filing cabinets<br>Linens<br>Luggage, bags | 735 ILCS 5/12-1001(b) | 1,500.00 | 4,765.00 |

_1_    continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/13) -- Cont.

In re    Mark R. Johnston                                                    Case No. _____14-131_____
                                            Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Books, Pictures and Other Art Objects; Collectibles** 1/2 interest in the following: OFF art- 3 paintings Hall art- 3 paintings FR art LR art- 1 painting MB art- 2 paintings Hall art- 1 painting BS art- 1 painting GI Joe collection CD's Christmas decorations | 735 ILCS 5/12-1001(b) | 500.00 | 2,325.00 |
| **Wearing Apparel** Men's clothing | 735 ILCS 5/12-1001(a) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** Stainless steel wedding band:  $20.00 5 regular watches:  $100.00 Cuff links:  $50.00 | 735 ILCS 5/12-1001(b) | 100.00 | 170.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** Golf clubs, bag, etc Bicycle Ski equipment | 735 ILCS 5/12-1001(b) | 500.00 | 1,400.00 |
| **Interests in Insurance Policies** Guardian Insurance Death Benefit: $45,048.00 Whole Policy Cash value: $9,577.07 Beneficiaries: William and Margaret Johnston (Elderly Parents) | 735 ILCS 5/12-1001(f) | 9,577.07 | 9,577.07 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** Fidelity American Chartered Bank 401k Plan Vested Balance: $91,800.53 Outstanding Loan Balance: $16,419.23 | 735 ILCS 5/12-704 735 ILCS 5/12-1006 | 100% 100% | 91,800.53 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** Estimated amount of 1/2 interest in 2013 Federal and State Income Tax Refund | 735 ILCS 5/12-1001(b) | 1,400.00 | 8,752.95 |
| | Total: | 452,839.67 | 694,790.55 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re    Mark R. Johnston                                                          Case No.    14-131
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx-x0001<br><br>American Chartered Bank<br>c/o Bryn Perna<br>20 N. Martingale Rd., Ste 600<br>Schaumburg, IL 60173 | X | J | 3238 Victorian Dr.<br>Long Grove, IL 60047<br>"As Built" Appraisal as obtained by<br>American Chartered Bank: $575,000.00<br>Modification of Mortgage dated 11/12/13<br>and Forbearance & Pledge Agreement | | X | | | |
| | | | Value $                 575,000.00 | | | | 162,000.00 | 124,853.62 |
| Account No.<br><br>Meltzer, Purtill & Stelle LLC<br>300 S. Wacker Dr., Ste. 3500<br>Chicago, IL 60606 | | | Representing:<br>American Chartered Bank | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. xxxxxx7787<br><br>Chase<br>P.O. Box 78420<br>Phoenix, AZ 85062-8420 | | - | (Business Debt)<br><br>3244 N. Wilton<br>Chicago, IL 60657 | X | X | | | |
| | | | Value $                 650,000.00 | | | | 441,397.59 | 0.00 |
| Account No. xxxxxx7688<br><br>Chase<br>P.O. Box 78420<br>Phoenix, AZ 85062-8420 | | | (Business Debt)<br>3249 N. Lakewood<br>Chicago, IL 60657<br>(Debtor's 1/2 interest)<br>According to the Deed recorded with the<br>Cook County Recorder of Deeds as<br>Document No. 0332233240, Property is<br>owned by "Mark R. Johnston and Lisa A. | X | X | | | |
| | | | Value $                 600,000.00 | | | | 353,467.30 | 0.00 |

| | | Subtotal | 956,864.89 | 124,853.62 |
|---|---|---|---|---|
| _3_   continuation sheets attached | | (Total of this page) | | |

B6D (Official Form 6D) (12/07) - Cont.

In re    Mark R. Johnston _____,    Case No. _____14-131_____
                                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxx2084 | | | 3238 Victorian Dr. Long Grove, IL 60047 Appraisal as of 10-30-13 subject to renovation of home interiors post fire damage: $575,000 (Debtor's 1/2 interest with spouse Lourdes Johnston) | | | | | |
| Colfin Bulls 26455 Network Place Chicago, IL 60673-1264 | X | J | | X | X | X | | |
| | | | Value $              575,000.00 | | | | 537,853.62 | 0.00 |
| Account No. xxx2084 | | | | | | | | |
| Colony AMC OPCO, LLC 100 N. Sepulveda Blvd., #1900 El Segundo, CA 90245 | | | Representing: Colfin Bulls | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| Field & Goldberg, LLC 10 S LaSalle Street Suite 2910 Chicago, IL 60603 | | | Representing: Colfin Bulls | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| MB Financial Bank 6111 River Road Rosemont, IL 60018 | | | Representing: Colfin Bulls | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | September 2013 Mechanic's Lien 3238 Victorian Dr. Long Grove, IL 60047 Appraisal as of 10-30-13 subject to renovation of home interiors post fire damage: $575,000 (Debtor's 1/2 interest with spouse Lourdes | | | | | |
| Dream Home Services, Inc. c/o Rafal Pucholski 3800 Holly Ln. Rolling Meadows, IL 60008 | | | | X | X | | | |
| | | | Value $              575,000.00 | | | | 77,500.00 | 77,500.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 615,353.62 | 77,500.00 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    Mark R. Johnston                                          Case No. ____14-131____
                                                   Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Fidelity Investments Institutional Operations Company, Inc.<br>82 Devonshire St.<br>Boston, MA 02109 | | - | Fidelity<br>American Chartered Bank 401k Plan<br>Vested Balance: $91,800.53<br>Outstanding Loan Balance: $16,419.23 | X | X | X | | |
| | | | Value $                     91,800.53 | | | | 16,419.23 | 0.00 |
| Account No.<br><br>Kathleen F. Johnston<br>1509 E. Eton<br>Arlington Heights, IL 60004 | | - | Arrearages owed under Marital Settlement Agreement, Judgment for Dissolution of Marriage and related documents secured by Assignment and Security Agreement dated December 2, 2013 and UCC-1 Financing Statement | | | | | |
| | | | Value $                     52,748.78 | | | | 52,748.78 | 0.00 |
| Account No.<br><br>Vincent Ruggiero<br>Ruggiero & Associates, P.C<br>901 Warrenville Road, #175<br>Lisle, IL 60532 | | | Representing:<br>Kathleen F. Johnston | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No.<br><br>Sonco Real Estate, LLC<br>c/o Gould & Ratner LLP/Mark Abraham<br>222 N. LaSalle St., Ste. 800<br>Chicago, IL 60601 | | - | (Business Debt)<br>3238 Victorian Dr.<br>Long Grove, IL 60047<br>"As Built" Appraisal as obtained by American Chartered Bank: $575,000.00<br>Memorandum of Judgment recorded with the Lake County Recorder of Deeds. | | | X | | |
| | | | Value $                     575,000.00 | | | | 530,732.47 | 530,732.47 |
| Account No.<br><br>Latimer LeVay Fyock, LLC<br>Attn: Tejal Desai<br>55 W. Monroe St., Ste. 1100<br>Chicago, IL 60603 | | | Representing:<br>Sonco Real Estate, LLC | | | | Notice Only | |
| | | | Value $ | | | | | |

Sheet __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal<br>(Total of this page)     599,900.48     530,732.47

B6D (Official Form 6D) (12/07) - Cont.

In re   Mark R. Johnston                                                           Case No. _____14-131_____
                                                                      ,
                                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx0001 | | | (Business Debt) | | | | | |
| State Bank of Countryside 6734 Joliet Rd. Countryside, IL 60525 | | J | 3244 N. Wilton Chicago, IL 60657 | X | X | | | |
| | | | Value $           650,000.00 | | | | 244,818.28 | 36,215.87 |
| Account No. xxxxxxxxxx0001 | | | | | | | | |
| Janice L. Driggers Burke & Handley 1430 Branding Ave., Ste. 175 Downers Grove, IL 60515 | | | Representing: State Bank of Countryside | | | | Notice Only | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  3  of  3   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 244,818.28 | 36,215.87 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 2,416,937.27 | 769,301.96 |

B6E (Official Form 6E) (4/13)

In re    Mark R. Johnston                                                          Case No. _____14-131_____
                                                                      ,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                              2_____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **Mark R. Johnston**                         ,      Case No.    __14-131__
                                  Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| **Account No.**<br><br>Kathleen F. Johnston, individually&<br>as residential parent of 2 children<br>1509 E. Eton<br>Arlington Heights, IL 60004 | | - | | Unsecured portion, if any, of amounts owed to Kathleen Johnston (ex-spouse), individually and as residential parent of 2 minor children, under Marital Settlement Agreement, Judgment for Dissolution of Marriage and related documents. | | | | Unknown | Unknown<br><br>0.00 |
| **Account No.**<br><br>Vincent Ruggiero<br>Ruggiero & Associates, P.C<br>901 Warrenville Road, #175<br>Lisle, IL 60532 | | | | Representing:<br>Kathleen F. Johnston, individually& | | | | Notice Only | |
| **Account No.** | | | | | | | | | |
| **Account No.** | | | | | | | | | |
| **Account No.** | | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re   Mark R. Johnston                                          ,     Case No. _____14-131_____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J c | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Illinois Department of Revenue (p)<br>Bankrupcty Section/Level 7-425<br>100 West Randolph St.<br>Chicago, IL 60606 | | - | Notice only | | | | <br><br>0.00 | 0.00 | 0.00 |
| Account No.<br><br>Internal Revenue Service (p)<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | - | Notice only | | | | <br><br>0.00 | 0.00 | 0.00 |
| Account No. 2012 Real Estate Taxes<br><br>Lake County Collector<br>County Collector<br>18 N. County St.<br>Waukegan, IL 60085 | | H | Real Estate Taxes on 11-19-13 to SITESALE, Ltd. for $17,908.88<br>3238 Victorian Dr.<br>Long Grove, IL 60047<br>Appraisal as of 10-30-13 subject to renovation of home interiors post fire damage: $575,000<br>(Debtor's 1/2 interest) | X | X | | <br><br>17,908.88 | 0.00 | 17,908.88 |
| Account No.<br><br>Lake County Clerk<br>c/o Willard R. Helander<br>18 N County Street, Room 101<br>Waukegan, IL 60085 | | | Representing:<br>Lake County Collector | | | | Notice Only | | |
| Account No. 2012 RE Tax Sale Purchaser<br><br>SITESALE, LTD.<br>c/o Howard I Bass (Reg. Agent)<br>600 Central Ave., Ste 290<br>Highland Park, IL 60035 | | | Representing:<br>Lake County Collector | | | | Notice Only | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 0.00<br>17,908.88 | 17,908.88 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 0.00<br>17,908.88 | 17,908.88 |

B6F (Official Form 6F) (12/07)

In re    Mark R. Johnston                                                              Case No.    14-131
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxxxxxx-x0001 | | | | | Guaranty of debt incurred by Metrotech Realty, Inc. | | | | |
| American Chartered Bank c/o Bryn Perna 20 N. Martingale Rd., Ste 600 Schaumburg, IL 60173 | | - | | | | X | X | | 28,300.00 |
| Account No. xxx6084 | | | | | Overdraft of checking account | | | | |
| American Chartered Bank c/o Bryn Perna 20 N. Martingale Rd., Ste 600 Schaumburg, IL 60173 | | - | | | | | | | 1,959.78 |
| Account No. xxxxxxxx9061**** | | | | | Credit card | | | | |
| American Express P.O. Box 981537 El Paso, TX 79998 | | - | | | | X | X | X | 6,705.00 |
| Account No. | | | | | Unpaid legal fees | | | | |
| Brown Pomerantz & Udell 1332 N Halsted St #100 Chicago, IL 60642 | | - | | | | X | X | X | 14,000.00 |
| 4    continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 50,964.78 |

B6F (Official Form 6F) (12/07) - Cont.

In re    Mark R. Johnston                        Case No. _____ 14-131 _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> Nathaniel D. Lawrence <br> 2835 N. Sheffield Ave. <br> Chicago, IL 60657 | | | Representing: <br> Brown Pomerantz & Udell | | | | Notice Only |
| **Account No.** xxxxxxxx2919**** <br><br> Chase <br> P.O. Box 15298 <br> Wilmington, DE 19850 | | - | Credit card | X | X | X | 51,399.00 |
| **Account No.** xxxxxxxx0922**** <br><br> Citibank <br> 701 E. 60th St. N. <br> Sioux Falls, SD 57104 | | - | Credit card | X | X | X | 67,478.00 |
| **Account No.** <br><br> Coolapt.com Metrotech Inc. <br> 3238 Victorian Dr. <br> Long Grove, IL 60047 | | - | Property Management Fees | | | | 7,200.00 |
| **Account No.** <br><br> Dr. Patricia Raczka <br> 446 N. Central <br> Northfield, IL 60093 | | - | Medical bills | X | X | X | 1,612.00 |

Sheet no. __1__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    127,689.00 <br> (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   Mark R. Johnston                              Case No. _____14-131_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Mages & Price 707 Lake Cook Rd., Ste. 314 Deerfield, IL 60015-4933 | | | Representing: Dr. Patricia Raczka | | | | Notice Only |
| Account No. | | | Ira Holtzman CPA v. Mark Johnston, Case No. 12 M2 1622, Cook County, IL | | | | |
| Ira Holtzman, CPA c/o David Rosenfeld 1000 Skokie, #410 Wilmette, IL 60091 | | - | | X | X | X | 798.00 |
| Account No. | | | Payments owed to Kathleen F. Johnston, individually and as Residential Parent of 2 Minor Children, under Marital Settlement Agreement, Judgment of Dissolution of Marriage and related documents and related documents. | | | | |
| Kathleen F. Johnston 1509 E. Eton Arlington Heights, IL 60004 | | - | | X | X | | Unknown |
| Account No. xx1640**** | | | Medical bills | | | | |
| Lake Cook Behavioral Health c/o Northwest Collectors 3601 Algonquin Rd., Ste. 232 Rolling Meadows, IL 60008-3126 | | - | | X | X | X | 425.00 |
| Account No. | | | Unpaid legal bills | | | | |
| Levin Ginsburg 180 N. LaSalle, #3200 Chicago, IL 60601 | | - | | X | X | X | 5,184.50 |

Sheet no. __2__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,407.50

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Mark R. Johnston                                                     Case No. _____14-131_____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Lisa Schumacher <br> c/o Gardiner Koch & Hines <br> 53 W. Jackson St., #950 <br> Chicago, IL 60604 | | H | Lawsuit pending <br> Lisa Schumacher v. Mark R. Johnston, Case No. 10 CH 44116, Cook County, IL | X | X | X | Unknown |
| Account No. <br><br> Lourdes Johnston <br> 1435 Katie Lane <br> Palatine, IL 60074 | | - | Contribution Claims as co-obligor, if any and as spouse | X | X | | Unknown |
| Account No. xxxxx6007**** <br><br> Macy's <br> P.O. Box 8218 <br> Mason, OH 45040 | | - | Credit card | X | X | X | 451.00 |
| Account No. xx-1152 <br><br> Ralph, Schwab & Schiever, Chtd. <br> 175 E. Hawthorn Parkway <br> Suite 345 <br> Vernon Hills, IL 60061 | | - | Unbilled pre-petition attorneys fees in excess of Bankruptcy Advance Payment Retainer in the amount of $5,000. | X | X | | Unknown |
| Account No. <br><br> Sara Yogev <br> 5225 Old Orchard Rd., #32 <br> Skokie, IL 60077 | | - | Medical bills | X | X | X | 800.00 |

Sheet no. __3__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,251.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Mark R. Johnston                                              Case No.      14-131
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| **Account No.** xxxxxxxxx0003 | | | | Commercial unsecured interest only loan | | | | |
| State Bank of Countryside 6734 Joliet Rd. Countryside, IL 60525 | | - | | | X | X | X | 7,277.79 |
| **Account No.** | | | | Representing: State Bank of Countryside | | | | |
| Janice L. Driggers Burke & Handley 1430 Branding Ave., Ste. 175 Downers Grove, IL 60515 | | | | | | | | Notice Only |
| **Account No.** xx4709**** | | | | Phone bills | | | | |
| T-Mobile c/o Midland Funding LLC 8875 Aero Dr., Ste. 200 San Diego, CA 92123 | | - | | | X | X | X | 377.00 |
| **Account No.** xxxxxxxx1170**** | | | | Credit card | | | | |
| USAA Savings Bank 10750 McDermot Fwy San Antonio, TX 78288-1600 | | - | | | X | X | X | Unknown |
| **Account No.** | | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 7,654.79 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 193,967.07 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6G (Official Form 6G) (12/07)

In re    Mark R. Johnston                                            Case No.      14-131
_____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Dream Home Services, Inc.<br>c/o Rafol Pucholski<br>3800 Holly Ln.<br>Rolling Meadows, IL 60008 | Contract for general demolition, cleaning, temporary repairs for rebuilding of 3238 Victorian Dr., Long Grove, IL residence |
| Rupen Shah<br>1297 S. Patrick Ln.<br>Palatine, IL 60067 | Residential Lease for property located at 1435 Katie Ln., Palatine, IL<br>Lease expires March 15, 2014 |

    0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    Mark R. Johnston                                                     Case No.    14-131
_____                                        _____
                                    Debtor

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Lisa Schumacher<br>c/o Gardiner Koch & Hines<br>53 W. Jackson St., #950<br>Chicago, IL 60604 | Chase<br>P.O.Box 78420<br>Phoenix, AZ 85062 |
| Lourdes Johnston<br>1435 Katie Lane<br>Palatine, IL 60074 | Colfin Bulls<br>26455 Network Place<br>Chicago, IL 60673-1264 |
| Lourdes Johnston<br>1435 Katie Lane<br>Palatine, IL 60074 | American Chartered Bank<br>c/o Bryn Perna<br>20 N. Martingale Rd., Ste 600<br>Schaumburg, IL 60173 |
| Lourdes Johnston<br>1435 Katie Lane<br>Palatine, IL 60074 | Rupen Shah<br>1297 S. Patrick Ln.<br>Palatine, IL 60067 |

0
_____   continuation sheets attached to Schedule of Codebtors

**Fill in this information to identify your case:**

Debtor 1 _____ Mark R. Johnston _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number _____ 14-131 _____
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form B 6I
## Schedule I: Your Income                                                    12/13

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Part 1: | Describe Employment |
| --- | --- |

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
| --- | --- | --- |
| **Employment status** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** | Banker | Real Estate |
| **Employer's name** | American Chartered Bank | Coolapt.Com Metrotech, Inc. |
| **Employer's address** | 111 E. Rand Rd.<br>Mount Prospect, IL 60056 | 3238 Victorian Drive<br>Long Grove, IL 60047 |
| **How long employed there?** | 5 years | 5 years |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
| --- | --- | --- | --- | --- |
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $   12,730.76 | $   583.33 |
| **3.** | Estimate and list monthly overtime pay. | 3. | +$   0.00 | +$   0.00 |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | $   12,730.76 | $   583.33 |

Debtor 1   Mark R. Johnston    Case number (*if known*)   14-131

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | 4. | $ | 12,730.76 | $ 583.33 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 1,464.64 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 473.24 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: 401k | 5h.+ | $ 404.02 + | $ 0.00 |
| | 401k Loan repayment | | $ 167.82 | $ 0.00 |
| | 401k Loan repayment | | $ 167.82 | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 2,677.54   $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 10,053.22   $ 583.33

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 961.18   $ 0.00

8b. **Interest and dividends**   8b.   $ 0.00   $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $ 0.00

8d. **Unemployment compensation**   8d.   $ 0.00   $ 0.00

8e. **Social Security**   8e.   $ 0.00   $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: ____   8f.   $ 0.00   $ 0.00

8g. **Pension or retirement income**   8g.   $ 0.00   $ 0.00

8h. **Other monthly income. Specify:** ____   8h.+ $ 0.00 + $ 0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 961.18   $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 11,014.40 + $ 583.33 = $ 11,597.73
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: ____   11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies   12. $ 11,597.73

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain: Debtor received an incentive payment in the amount of $4,502.00 on November 22, 2013. Debtor anticipates 2-3% annual raise and potential bonus based on historical data.

| Fill in this information to identify your case: | |
| --- | --- |

Debtor 1    Mark R. Johnston

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number   14-131
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household

## Official Form B 6J
## Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

  ■ No. Go to line 2.
  ☐ Yes. **Does Debtor 2 live in a separate household?**

     ☐ No
     ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**   ☐ No

  Do not list Debtor 1 and    ■ **Yes.** Fill out this information for
  Debtor 2.       each dependent...........
  Do not state the dependents'
  names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- |
| Son | 14 | ☐ No   ■ Yes |
| Son | 16 | ☐ No   ■ Yes |
| _____ | _____ | ☐ No   ☐ Yes |
| _____ | _____ | ☐ No   ☐ Yes · |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I).

| | | Your expenses |
| --- | --- | --- |
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $   4,842.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $   0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $   679.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $   390.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $   0.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $   0.00 |

Debtor 1    Mark R. Johnston                Case number (if known)    14-131

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 357.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 151.66 |
| | 6d. | Other. Specify:  Waste and Cable TV | 6d. $ | 218.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 750.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 200.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 250.00 |
| 10. | **Personal care products and services** | | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 300.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 150.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 250.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 20.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 69.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 122.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 389.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 6I).** | | 18. $ | 3,500.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income_.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| 22. | **Your monthly expenses.** Add lines 4 through 21. The result is your monthly expenses. | | 22. $ | 12,637.66 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. | Copy line 12 _(your combined monthly income)_ from Schedule I. | 23a. $ | 11,597.73 |
| | 23b. | Copy your monthly expenses from line 22 above. | 23b. -$ | 12,637.66 |
| | 23c. | Subtract your monthly expenses from your monthly income. The result is your _monthly net income._ | 23c. $ | -1,039.93 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes. Explain:

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Mark R. Johnston                                                Case No.    14-131

                                        Debtor(s)          Chapter    7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    29
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    January 17, 2014                     Signature    /s/ Mark R. Johnston

                                                          Mark R. Johnston
                                                          Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.