UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-00131 |
| MARK R. JOHNSTON | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Deborah L. Thorne |
| | ) | |
| | ) | Kane |
| | ) | |
| Debtor(s) | ) | |

**ORDER ALLOWING SITESALE LTD.'S MOTION TO MODIFY THE AUTOMATIC STAY
AS TO 3238 VICTORIAN LANE, LONG GROVE, ILLINOIS REGARDING PIN 14-25-406-005-
000**

This cause coming to be heard on SITESALE, LTD'S MOTION TO MODIFY THE AUTOMATIC STAY AS TO 3238 VICTORIAN LANE, LONG GROVE, ILLINOIS REGARDING PIN 14-25-406-005-0000, due notice having been given, and the court being fully advised in the premises, IT IS HEREBY ORDERED:

1 The automatic stay is modified as to permit Sitesale, Ltd., to proceed pursuant to non-bankruptcy law as to 3238 Victorian Lane, Long Grove, Illinois 60047 regarding PIN 14-25-406-005-0000.

Enter:   *Deborah L. Thorne*

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  April 26, 2016

**Prepared by:**

Paul M. Bach
Bach Law Offices
P.O. Box 1285
Northbrook, Illinios 60065
847 687 9445